IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE: Sterling A. Spivey          *        CASE NO. 15-1-1199

DEBTOR          *        CHAPTER 13

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO DISMISS CASE

Debtor, Sterling A. Spivey, through counsel, Robert B. Greenwalt, represents as follows:

1. The Debtor can no longer proceed with the Chapter 13 Case.

2. The Chapter 13 Case has not been converted to another Chapter of Title 11 U.S.C.

3. Pursuant to Title 11 U.S.C. 1307(b), the Debtor is entitled to have this Chapter 13 dismissed at any time, and the Debtor, by this Motion, requests that said case be dismissed.

4. A copy of this Motion has, on this date, been transmitted to the Chapter 13 Trustee serving In this case.

WHEREFORE, under Bankruptcy Rule 1017(d) and 9013, the Debtor moves this Court to enter an Order Dismissing Case.

Date: March 12, 2015                  /s/ Robert B. Greenwalt
                                               Attorney for Debtor, Bar No.10536
                                               611 Frederick Road, Suite 201
                                               Baltimore, Maryland 21228
                                               (410) 747-2821